## HOISINGTON v. ZT-WINSTON-SALEM ASSOCS.

[351 N.C. 342 (2000)]

WALTER L. HOISINGTON, as GUARDIAN AD LITEM FOR JILL LEE MARKER, AN INCOMPE-
TENT, PLAINTIFF v. ZT-WINSTON-SALEM ASSOCIATES, ZAREMBA ASSOCIATES
LIMITED PARTNERSHIP, ZAREMBA REALTY CORPORATION, TOYS "R" US,
INC., TOYS "R" US-DELAWARE, INC., WINSTON-SALEM RETAIL ASSOCIATES
LIMITED PARTNERSHIP, CENTERPOINT SOUTHERN, INC., AND THE
WACKENHUT CORPORATION, DEFENDANTS AND ZT-WINSTON-SALEM ASSOCI-
ATES, ZAREMBA ASSOCIATES LIMITED PARTNERSHIP, ZAREMBA REALTY
CORPORATION, TOYS "R" US, INC., TOYS "R" US-DELAWARE, INC., WINSTON-
SALEM RETAIL ASSOCIATES LIMITED PARTNERSHIP, AND CENTERPOINT
SOUTHERN, INC., DEFENDANTS/THIRD-PARTY PLAINTIFFS v. THE TREE FACTORY,
INC., D/B/A THE SILK PLANT FOREST, THIRD-PARTY DEFENDANT

No. 339PA99

(Filed 3 March 2000)

On discretionary review pursuant to N.C.G.S. § 7A-31 and on writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of a unanimous decision of the Court of Appeals, 133 N.C. App. 485, 516 S.E.2d 176 (1999), affirming an order of summary judgment in favor of defendant Wackenhut Corporation entered by Wood, J., on 16 April 1998 in Superior Court, Forsyth County, and dismissing the appeal of third-party defendant The Tree Factory. Heard in the Supreme Court 17 February 2000.

*Comerford & Britt, L.L.P., by W. Thompson Comerford, Jr., and Clifford Britt, for plaintiff-appellant Walter Hoisington.*

*Moss & Mason, by Joseph W. Moss and Matthew L. Mason, for defendant/third-party plaintiff-appellants ZT-Winston-Salem Associates; Zaremba Associates Limited Partnership; Zaremba Realty Corporation; Toys "R" US-Delaware, Inc.; and Winston-Salem Retail Associates Limited Partnership.*

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Allan R. Gitter, Richard T. Rice, and Jack M. Strauch, for defendant-appellee The Wackenhut Corporation.*

*Hedrick, Eatman, Gardner & Kincheloe, L.L.P., by Paul C. Lawrence, for third-party defendant-appellant The Tree Factory, Inc.*

PER CURIAM.

GOGGINS v. BALATSIAS

[351 N.C. 343 (2000)]

DISCRETIONARY REVIEW AND WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.

Justice MARTIN did not participate in the consideration or decision of this case.

———————

ALAN E. GOGGINS v. KLEOMENIS BALATSIAS, D/B/A COPAL GRILL, COPAL GRILL, INC., D/B/A COPAL RESTAURANT, AND JOE MOODY, D/B/A PIEDMONT FIRE PROTECTION COMPANY

No. 463PA99

(Filed 3 March 2000)

On discretionary review pursuant to N.C.G.S. § 7A-31 of an unpublished, unanimous decision of the Court of Appeals, 134 N.C. App. 732, —— S.E.2d —— (1999), affirming an order of summary judgment entered 9 June 1998 by Johnston, J., in Superior Court, Mecklenburg County. Heard in the Supreme Court 14 February 2000.

*Price, Smith, Hargett, Petho & Anderson, by Wm. Benjamin Smith, for plaintiff-appellant.*

*Crews & Klein, P.C., by James N. Freeman, Jr., for defendant-appellees Kleomenis Balatsias and Copal Grill, Inc.*

*Patterson, Harkavy & Lawrence, L.L.P., by Burton Craige, on behalf of North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice FREEMAN did not participate in the consideration or decision of this case.